TRINA A. HIGGINS, United States Attorney (7349)
AMANDA A. BERNDT, Assistant United States Attorney (15370)
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
(801) 524-5682
amanda.berndt@usdoj.gov

KATHLEEN P. WOLFE, Deputy Assistant Attorney General, Civil Rights Division
REBECCA B. BOND, Chief, Disability Rights Section
AMANDA MAISELS, Deputy Chief, Disability Rights Section
ALYSE BASS, Attorney, Disability Rights Section
JANE E. ANDERSEN, Attorney, Disability Rights Section
U.S. Department of Justice
150 M Street NE
Washington, D.C. 20530
(202) 307-0663
alyse.bass@usdoj.gov
jane.andersen2@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF UTAH, THE UTAH DEPARTMENT OF CORRECTIONS, AND THE UTAH DEPARTMENT OF HEALTH AND HUMAN SERVICES | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>Case No. 2:24-cv-00241<br><br>Judge Jill N. Parrish<br>Magistrate Judge Jared C. Bennett |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff United States notices dismissal of this action. Under Rule 41(a)(1)(A)(i), a plaintiff may voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. No answer or motion for summary judgment has been filed in this action. The United States accordingly notices voluntary dismissal of this action. See Fed. R. Civ. P. 41(a)(1)(B).

| | |
|---|---|
| DATED: January 29, 2025 | Respectfully submitted, |
| TRINA A. HIGGINS<br>United States Attorney<br>District of Utah | KATHLEEN P. WOLFE<br>Deputy Assistant Attorney General<br>Civil Rights Division |
| | REBECCA B. BOND<br>Chief<br>AMANDA MAISELS<br>Deputy Chief |
| */s/ Amanda Bernt*<br>AMANDA A. BERNDT<br>Assistant United States Attorney | */s/ Alyse Bass*<br>ALYSE BASS<br>JANE E. ANDERSEN<br>Trial Attorneys<br>Disability Rights Section |
| | *Counsel for the United States of America* |